IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEGHAN McNAMARA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CAUSE NO. 1:21-cv-00140-LY |
| YOUR FARE, INC., and | § | |
| CHRISTOPHER MONK, | § | |
|     Defendants. | § | |

## JOINT ADVISORY TO THE COURT

Plaintiff and Defendants hereby submit the following Joint Advisory to the Court with regard to Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions [Dkt 20], which the Court has set for hearing on October 4, 2021.

The parties have resolved the discovery dispute per the terms of the attached Agreed Order granting Plaintiff's Motion.

Accordingly, the parties respectfully request that the Court sign and enter the attached Agreed Order granting Plaintiff's Motion in lieu of conducting the hearing on October 4, 2021.

Respectfully submitted,

By: */s/ Edward M. ("Ted") Smith*

Edward M. "Ted" Smith
State Bar No. 00791682
tsmith@cornellsmith.com
Sarah E. Lancaster
State Bar No. 24092663
slancaster@cornellsmith.com

**CORNELL SMITH MIERL BRUTOCAO BURTON, LLP**
1607 West Avenue
Austin, Texas 78701
Telephone: (512) 328-1540
Telecopy: (512) 328-1541

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Hunter Johnson*

Hunter Johnson
Texas State Bar No. 10753900
hjohnson@constangy.com

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
8911 N. Capital of Texas Highway
Bldg. 3, Suite 3350
Austin, Texas 78759
Tel: (512) 382-8797
Fax: (512) 382-8801

**ATTORNEYS FOR DEFENDANTS**