IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MEGHAN McNAMARA,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CAUSE NO. 1:21-cv-00140-LY |
| **YOUR FARE, INC.,** and § | |
| **CHRISTOPHER MONK,** § | |
| Defendants. § | |

## AGREED ORDER

Before the Court in the above-styled cause is Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions. The Court, having reviewed the Motion, the supporting evidence filed with the Motion, the arguments of the parties' counsel, and the applicable law and entire case file, determines that good cause has been shown to grant the Motion. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions is **GRANTED**.

**IT IS FURTHER ORDERED:**

1. that Defendants serve on Plaintiff the initial disclosures required by FRCP 26(a) within forty-five (45) days of entry of this Order;

2. per FRCP 36, that Plaintiff's First Requests for Admissions to Defendant Your Fare, Inc. are deemed admitted;

3. per FRCP 33(b) and FRCP 34(b)(2), that any objections to Plaintiff's First Interrogatories to Defendants and First Requests for Production of Documents to Defendants are waived;

4. that Defendants serve on Plaintiff their responses (without any objections thereto, other than claims of privilege) to Plaintiff's First Interrogatories to Defendants and First

Requests for Production of Documents to Defendants within forty-five (45) days of this Order; and

5. that Defendants' counsel of record, Constangy, Brooks, Smith & Prophete, LLP, pay to Plaintiff's counsel of record, Cornell Smith Mierl Brutocao Burton, LLP, the amount of $3,825 within twenty-one (21) days of this Order, as payment of Plaintiff's reasonable attorneys' fees incurred in conjunction with this Motion.

This Order is entered without prejudice to Defendants' right to seek all relief available under the Federal Rules of Civil Procedure, including seeking to set aside deemed admissions and waiver of objections to Plaintiff's written discovery requests.

SIGNED this __1___ day of _October, 2021

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

AGREED AS TO FORM:

_____
Edward M. "Ted" Smith
Counsel for Plaintiff

_____
Hunter Johnson
Counsel for Defendants