FILED
21 DEC -3 PM 4:02
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEGHAN McNAMARA, § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. 1:21-cv-00140-LY |
| § | |
| YOUR FARE, INC., and § | |
| CHRISTOPHER MONK, § | |
| Defendants. § | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this lawsuit have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") of all claims and causes of action that were or could have been asserted by Plaintiff against Defendants arising out of or in any way related to the matters raised in this lawsuit.

It is therefore ORDERED that pursuant to Rule 41(a), all of Plaintiff's claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with all costs and attorneys' fees to be assessed against the party that incurred them.

The Clerk is directed to close this matter.

SIGNED this 3rd day of December, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1